UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

:

UNITED STATES OF AMERICA

:        <u>ORDER</u>

- v. -

:        20 CR 003-14 (KPF)

GARNET STEVEN MURRAY-SESAY,

:

      Defendant.

:

------------------------------------------------------------x

    IT IS SO ORDERED that the Orange County Circuit Court, Orange, Virginia,

disclose to Richard E. Signorelli, defense counsel for the defendant Garnet Steven Murray-Sesay,

via email, the Presentence Report and Victim Impact Statement(s) (collectively the "PSR

Materials") from the following case: <u>Commonwealth of Virginia v. Gernet S. Murray-Sesay</u>,

<u>Defendant</u>, Case Nos. CR 0900031 (CR09-31) and CR 0900032 (CR09-32) (collectively the

"Virginia Case");

    IT IS FURTHER ORDERED that the PSR Materials from the Virginia Case will

remain under seal in this case, will not be filed on the public docket, and will only be used by

Defendant's counsel in connection with the sentencing of the Defendant herein.

Dated: April 22, 2020
  New York, New York

              _____
                    U.S.D.J.